MAE BOWEN
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 532-3345

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ 08625-0093
Attorney for Plaintiffs New Jersey Department of
Environmental Protection and the Administrator of the
New Jersey Spill Compensation Fund

By: Debra A. Allen
Deputy Attorney General
(609) 900-0616

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, and ADMINISTRATOR, NEW JERSEY SPILL COMPENSATION FUND<br><br>*Plaintiffs*,<br><br>v.<br><br>FORD MOTOR CO. and<br>BOROUGH OF RINGWOOD,<br><br>*Defendants*. | Civil Action No. 2:26-cv-2846 |

**PLAINTIFFS' UNOPPOSED MOTION TO ENTER CONSENT DECREE**

The Plaintiffs, the United States of America and the State of New Jersey, respectfully request the Court enter the proposed Consent Decree between the Plaintiffs, Ford Motor Company (Ford), and the Borough of Ringwood, as a final judgment in accordance with Rule 54(b) of the Federal Rules of Civil Procedure. As articulated in the supporting memorandum of law and attached documents, the proposed Decree requires Ford and the Borough of Ringwood to perform the remedy selected by the United States Environmental Protection Agency for Operable Unit 3 of the Ringwood Mines/Landfill Superfund Site in the Borough of Ringwood, New Jersey. Additionally, Ford will reimburse the Plaintiffs for future costs they will incur related to Site remediation and reimburse the State of New Jersey for past costs it incurred related to the same. Ford and the Borough of Ringwood do not oppose entry of the Consent Decree. *See* Consent Decree ¶ 93, Dkt. No. 2-1 (ECF PageID 59).

In accordance with federal and state law, the Plaintiffs published notice of the proposed Consent Decree and solicited public comments for a period of 60 days. The Plaintiffs collectively received 11 unique comments. After careful consideration of these comments, the Plaintiffs conclude that the proposed Consent Decree is fair, reasonable, and consistent with CERCLA and the Spill Act. The

Plaintiffs therefore request that the Court enter the proposed Consent Decree as a final judgment in this civil action.

No proposed order is attached because the Decree contains a signature block for the Court. *See* Consent Decree p. 36, Dkt. No. 2-1 (ECF PageID 59).

Respectfully submitted,

Dated: September 1, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Mae Bowen*
MAE BOWEN
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 532-3345
Mae.Bowen@usdoj.gov

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Plaintiffs New Jersey Department of Environmental Protection and the Administrator of the New Jersey Spill Compensation Fund

By:*s/ Debra A. Allen*
DEBRA A. ALLEN
Deputy Attorney General

OF COUNSEL:

LEENA RAUT
Assistant Regional Counsel
U.S. Environmental Protection Agency, Region II

2890 Woodbridge Ave., B205 Bay A
Edison, New Jersey 08837
(212) 637-3122